**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KELLY COOK, as Mother and
Next Friend of CHRISTIAN COOK

      Plaintiff,

v.                                                                                       CV No. 16-597 JCH/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF CURRY, et al.,

      Defendants.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, July 17, 2018, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                  _____
                                                 THE HONORABLE CARMEN E. GARZA
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE