# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KELLY COOK, as Mother and
Next Friend of CHRISTIAN COOK,

    Plaintiff,

v.                                                                        CV No. 16-597 JCH/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF CURRY, et al.,

    Defendants.

## ORDER AMENDING ORDER SETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. The August 30, 2018, Settlement Conference is hereby scheduled to be held in **ADR Conference Rooms 1 (203) & 2 (205) at the U.S. Historic Courthouse, 421 Gold Ave. SW, Albuquerque, New Mexico, 87102**. The parties shall consult the *Order Setting Telephonic Status Conference and Settlement Conference*, (Doc. 80), for additional details about the Settlement Conference.

                                                            _____
                                                            THE HONORABLE CARMEN E. GARZA
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE