**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KELLY COOK, as Mother and
Next Friend of CHRISTIAN COOK

      Plaintiff,

v.                                                          CV No. 16-597 JCH/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF CURRY, et al.,

      Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE
## AND SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate Settlement Conference*, (Doc. 105), filed July 23, 2018. The parties state they have set a global mediation before a private mediator on August 28, 2018.

**IT IS THEREFORE ORDERED** that the Court's *Order Setting Telephonic Status Conference and Settlement Conference*, (Doc. 80), is **VACATED**. The Telephonic Status Conference set for August 21, 2018 at 2:00 p.m., the Settlement Conference set for August 30, 2018 at 9:00 a.m., and all associated deadlines are hereby vacated.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE