**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KELLY COOK, as Mother and
Next Friend of CHRISTIAN COOK

       Plaintiff,

v.                                                   CV No. 16-597 JCH/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF CURRY, et al.,

       Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Certain Pre-trial Deadlines*, (Doc. 108), filed July 31, 2018. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Certain Pre-trial Deadlines*, (Doc. 108), is **GRANTED**, the parties' deadlines are extended as follows:

1. Plaintiff shall identify expert witnesses and provide expert reports by **October 1, 2018**.
2. Defendants shall identify expert witnesses and provide expert reports by **November 15, 2018**.
3. The termination date for discovery is **November 30, 2018**.
4. Motions relating to discovery shall be filed by **December 19, 2018.**

All other deadlines set forth in the *Scheduling Order*, (Doc. 70), and *Notice of Trial and Call of the Calendar*, (Doc. 101), are still in effect.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE