**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KELLY COOK, as Mother and
Next Friend of CHRISTIAN COOK

      Plaintiff,

v.                                                   CV No. 16-597 JCH/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF CURRY, et al.,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINE TO SUBMIT CLOSING DOCUMENTS

      **THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to Submit Closing Documents*, (Doc. 115), filed September 28, 2018. In the Motion, the parties ask for a 31-day extension of the deadline to submit their closing documents due to the parties negotiating a confidentiality order. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Deadline to Submit Closing Documents*, (Doc. 115), is **GRANTED** and the parties shall submit closing documents by **October 29, 2018**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE